RECEIVED
IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
2010 JAN -4 A 9:53

DEBRA P. HACKETT
U.S. DISTRICT COURT

Christopher Desean Griffin )
Full name and prison name of )
Plaintiff(s) )
)
)
v. )   CIVIL ACTION NO. 1:10cv0003-ID
)   (To be supplied by Clerk of U.S. District
Commander Keith Reed )   Court)
Asst Commander Brazire )
Correction officer Pipe )
Correction officer Cain )
Sargeant Kersey )
Lutenient Buchman )
Name of person(s) who violated your )
constitutional rights. (List the names )
of all the person.) )

I.  PREVIOUS LAWSUITS
    A.  Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ☐ No ☑

    B.  Have you begun other lawsuits in state or federal court relating to your imprisonment?   YES ☐   NO ☑

    C.  If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

        1.  Parties to this previous lawsuit:

            Plaintiff (s) _____

            _____

            Defendant(s) _____

            _____

        2.  Court (if federal court, name the district; if state court, name the county)

            _____

            _____

3. Docket number _____
4. Name of judge to whom case was assigned _____
5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending?) _____
6. Approximate date of filing lawsuit _____
7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT Houston County Jail (N Pod cell 14)

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED Houston County Jail (N Pod cell 14)

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | Commander Keith Reed | 901 East Main St Dothan, Al 36301 |
| 2. | Asst. Commander Brazire | 901 East Main St Dothan, Al 36301 |
| 3. | Correction Officer Pipe (name on badge) | 901 East Main St Dothan, Al 36301 |
| 4. | Correction Officer Cain (name on badge) | 901 east main st Dothan, Al 36301 |
| 5. | Sargeant Kersey (name on badge) | 901 east main st dothan, Al 36301 |
| 6. | Lutenient Buchman (name on badge) | 901 east main st dothan, Al 36301 |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED Aug 9 - Dec 29 Particullarly Dec 29th Tuesday around 9:30 Am as far as 1st Ground

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: Physical Abuse and Verbal threats

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

Dating back since 10/12/2009 and I have the copy I made HCJ aware that I felt my life was endangered by C/O's I turn the form in to C/O Pipe. Since then I've been constantly targeted and harrassed by C/O's. Lorenzo Stuy is an inmate on my enemie list whom I begged staff to keep from around me. 12/29/09 C/O Pipe while I was laying down popped my lock Lorenzo Stuy brutally ran in my cell and attacked me C/O Pipe held me while being attacked after being tazed Sgt Kersey choked me and slammed me in hand cuffs C/O Chin as well.

GROUND TWO: Dehumanizing Treatment

SUPPORTING FACTS: An inmate threw urine in my face and staff kept me in room with urine and didn't respond to me until and hour after and never allowed me to mop up urine until 9 hrs later. Lt. Bochman called me a nigger and stated "Dont talk to me like one of your homies from the hood". Inmate brian Flornoy flooded his toilet and backed up drainal system fecis and urine flooded me and other inmates cell I was left locked in cell all night with contamination.

GROUND THREE: Unprofessionalism

SUPPORTING FACTS: I write many grievances and continually exhaust my administrative Remedies I've spoke to Keith Reed personally and he said I was a trouble making criminal who doesn't know who he's fucking with and he's the Commander. They refuse to give me 3rd appeal process that goes to sherriffs office only once have they did that. They keep everything in house. C/O Grant has come pop my cell door numerous occasions and told me he and other C/O's are itching for the chance to kick my ass, and can make it happen without touching me. I have grievances and request that wasn't throughout as proof and most importantly for all my grounds the camera as visual proof.

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I want the Court to investigate this matter thoroughly and Righteously. Upon finding out that these events are factual that the defendants are civilly and criminally neglegent to reward me with a Summary judgement of 500,000 dollars and lose sanctions on Houston County Jail and have said employees fired. For my emotional and physical damage.

_____
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  12-29-2009  Dec-12-2009
             (Date)

_____
Signature of plaintiff(s)

hristopher Desean Griffin
)1 East Main St
othan, Alabama 36301

MONTGOMERY AL 360
30 DEC 2009 PM 4 T



United States District Court
P.O Box 711 Montgomery, Alabama
36101- 0711

36101+0711